UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

        Plaintiff,

   v.

CAROL PORTER, *et al.*,

        Defendants.

Case No.  C06-5315 FDB/KLS

ORDER TO SHOW CAUSE

     This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

     On May 10, 2006, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. # 1).  Plaintiff lists on his application as an asset, what appears to be a "Toronto savings account."  The court is unable to read the plaintiff's handwriting.  In addition, plaintiff has failed to list the value of the asset as required on the application form.  Plaintiff should provide the court with the name of the savings account and the amount in his account so that the court may properly determine whether he is entitled to proceed *in forma pauperis*.

1   Accordingly, the Court orders the following:

2   (1)   Plaintiff shall seek to cure the above deficiency by paying the full $350.00 court filing fee or
3         provide the above noted information to the court **no later than August 7, 2006**. **Failure**
4         **to cure this deficiency by the above date shall be deemed a failure to properly**
5         **prosecute this matter and the court will recommend dismissal of this matter.**
6   (2)   The Clerk is directed to send a copy of this Order to plaintiff.

8   DATED this <u>18th</u> day of July, 2006.

            Karen L. Strombom
            United States Magistrate Judge

ORDER
Page - 2