UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

  v.

CAROL PORTER, et al.,,

    Defendants.

Case No. C06-5315 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Magistrate Judge recommends that this application to proceed *in forma pauperis* be denied for failure to cure deficiencies or show cause. As detailed by the Magistrate Judge, Plaintiff's application to proceed *in forma pauperis* was deficient as the Court was unable to determine eligibility for *in forma pauperis* status based on the information submitted by Plaintiff. Plaintiff was ordered to show cause no later than August 7, 2006 why his application should not be denied. Plaintiff failed to avail himself of the opportunity to cure the deficiencies.

    The Court, having reviewed the application to proceed *in forma pauperis*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

ORDER - 1

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3) Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within thirty (30) days of the date of this Order, otherwise this action will be dismissed; and

(4) The Clerk is directed to send copies of this Order to Plaintiff and Magistrate Judge Karen L. Strombom.

DATED this 15th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2