UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

  v.

CAROL PORTER, et al.,,

    Defendants.

Case No. C06-5315 FDB

ORDER DISMISSING ACTION

By Order, dated September 15, 2006, this Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the required filing fee within thirty (30) days, otherwise this action would be dismissed. The Plaintiff having failed to comply with the directive of the Court, it is hereby ORDERED:

(1)    Plaintiff'S action is dismissed; and

(2)    The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 23rd day of October, 2006

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1